Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **DIANA ACOSTA**,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; a foreign corporation ;DOES II-X, inclusive, ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Civil Action No.  2:22-cv-01564<br><br>**STIPULATION AND ORDER TO ALLOW USAA CASUALTY INSURANCE COMPANY'S TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

USAA Casualty Insurance Company ("Defendant") filed a motion to dismiss on September 23, 2022, ECF No. 6. Plaintiff Diana Acosta ("Plaintiff") filed an opposition to the motion to dismiss on October 6, 2022, ECF No. 8. Plaintiff and Defendant initially thought they resolved an issue relating to Local Rule 15-1, and agreed to extend the time Defendant had to file a reply. The Parties now disagree on the applicability of LR 15-1. The Parties have agreed to extend the time for Defendant to file its reply from Thursday, October 13, 2022 to Tuesday, October 18, 2022 to account for the time Defendant's counsel thought an amended pleading would be forthcoming, hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiff's Complaint from October 1, 2021 to October 15, 2021.  This is the Parties first request for an extension and no

parties will be prejudiced by the extension.

| Dated this 13th day of October, 2022. | Dated this 13th day of October, 2022. |
|---|---|
| **HICKS & BRASIER, PLLC** | **SPENCER FANE LLP** |
| */s/* | By: */s/ Mary Bacon* |
| Justin W. Wilson, Esq. | Mary E. Bacon, Esq. |
| NV Bar No. 14646 | NV Bar No. 12686 |
| 2630 South Jones Boulevard | 300 S. Fourth Street, Suite 950 |
| Las Vegas, NV 89146 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff Diana Acosta* | *Attorneys for USAA Casualty Insurance Company* |

## ORDER

**IT IS SO ORDERED.**

Dated this <u>17th</u> day of October, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

Submitted by:
**SPENCER FANE LLP**

*/s/ Mary Bacon*
Mary E. Bacon, Esq.
NV Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for USAA Casualty Insurance Company*