Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **DIANA ACOSTA**,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; a foreign corporation ;DOES II-X, inclusive, ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Civil Action No. 2:22-cv-01564<br><br>**STIPULATION TO DISMISS PLAINTIFF'S SECOND, THIRD AND FOURTH CAUSES OF ACTION AND REQUEST FOR EXEMPLARY DAMAGES AND ATTORNEY'S FEES WITHOUT PREJUDICE** |

USAA Casualty Insurance Company ("Defendant") and Diana Acosta ("Plaintiff" and together with Defendant, collectively referred to as the "Parties") hereby stipulate as set forth below:

Defendant filed a Motion to Dismiss on September 23, 2022. ECF No. 6. Plaintiff filed a response to the Motion to Dismiss ("Opposition") on October 6, 2022. ECF No. 8. Defendant filed its Reply in Support of its Motion to Dismiss on October 18, 2022. ECF No. 12. Thereafter, the Parties agreed to resolve the Motion as follows: Plaintiff agreed to dismiss her second, third, and fourth causes of action and strike her request for exemplary damages and attorney's fees, *without prejudice*. As such, the Parties agree: (1) Plaintiff's only remaining cause of action is her first cause of action for breach of contract and (2) Defendant's Motion to Dismiss, ECF No. 6, is now moot.

The Parties further agree that USAA CIC shall answer Plaintiff's breach of contract cause of action by November 1, 2022.

Dated this 19th day of October, 2022.            Dated this 19th day of October, 2022.

| | |
|---|---|
| **HICKS & BRASIER, PLLC** | **SPENCER FANE LLP** |
| By: */s/* Charles Jackson<br>    Charles Jackson, Esq.<br>    NV Bar No. 14646<br>    2630 South Jones Boulevard<br>    Las Vegas, NV 89146<br>    *Attorneys for Plaintiff Diana Acosta* | By: */s/ Mary Bacon*<br>    Mary E. Bacon, Esq.<br>    NV Bar No. 12686<br>    300 S. Fourth Street, Suite 950<br>    Las Vegas, NV 89101<br>    *Attorneys for USAA Casualty Insurance Company* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of October, 2022.

ii

DN 6608833.1