Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **DIANA ACOSTA**, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY**; a foreign corporation ;DOES II-X, inclusive, ROE CORPORATIONS XI-XX, inclusive, <br><br> Defendants. | Civil Action No.  2:22-cv-01564 <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiff, Diana Acosta ("Plaintiff"), and Defendant, USAA Casualty Insurance Company, Inc. ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Complaint for three days, from November 1 to November 4, 2022. The parties filed a stipulation to dismiss Plaintiff's extracontractual causes of action on October 19, 2022 (ECF No. 14) and have utilized the time since then to evaluate and explore the possibility of early settlement. This is the parties' first stipulation to extend Defendant's time to respond to the Complaint.

The extension allowed Defendant time to evaluate its remaining potential defenses and settlement possibilities.

This request is made in good faith and not for the purpose of delay.

Dated this 1ˢᵗ day of November, 2022.     Dated this 1ˢᵗ day of November, 2022.

| **HICKS & BRASIER, PLLC** | **SPENCER FANE LLP** |
|---|---|
| By: /s/ Charles Jackson | By: /s/ Mary Bacon |
| Charles Jackson, Esq. | Mary E. Bacon, Esq. |
| NV Bar No. 14646 | NV Bar No. 12686 |
| 2630 South Jones Boulevard | 300 S. Fourth Street, Suite 950 |
| Las Vegas, NV 89146 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff Diana Acosta* | *Attorneys for USAA Casualty Insurance Company* |

ORDER

IT IS SO ORDERED

**DATED:** 1:13 pm, November 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DN 6608833.1