ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 South Jones Boulevard
Las Vegas, Nevada 89146
Telephone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiff*
*Diana Acosta*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA ACOSTA, individually, | CASE NO.: 2:22-cv-01564-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| USAA CASUALTY INSURANCE COMPANY; a foreign corporation ;DOES II-X, inclusive, ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

COME NOW Plaintiff DIANA ACOSTA and Defendant USAA CASUALTY INSURANCE COMPANY, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41 hereby stipulate as follows:

///
///
///
///
///
///
///

1

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims against Defendant USAA CASUALTY INSURANCE COMPANY be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED THIS 2nd day of March, 2023.                DATED THIS 2nd day of March, 2023.

**HICKS & BRASIER, PLLC**                          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Alison M. Brasier, Esq.                       /s/ Eric A. Daly, Esq.
ALISON M. BRASIER, ESQ.                           ERIC A. DALY, ESQ.
Nevada Bar No. 10522                              Nevada Bar No. 5274
2630 South Jones Boulevard                        6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89146                           Las Vegas, NV 89118
*Attorneys for Plaintiff*                         *Attorneys for Defendant*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of March, 2023.

Submitted by:

**HICKS & BRASIER, PLLC**

/s/ Alison M. Brasier, Esq.
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 South Jones Boulevard
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

| | |
|---|---|
| **From:** | Daly, Eric |
| **To:** | Mary Eagar |
| **Cc:** | Quintana, Lucille; Alison M. Brasier |
| **Subject:** | RE: Diana Acosta v USAA |
| **Date:** | Thursday, March 2, 2023 11:47:48 AM |
| **Attachments:** | image002.png<br>Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png |

Mary:

You have authority to affix my e-signature to this particular document.

We never made it onto e-serve on this one, so please email the order once it is entered.

Thanks



**Eric A. Daly**
**Partner**
**Eric.Daly@lewisbrisbois.com**

**T: 702.693.4350 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Mary Eagar <mary@lvattorneys.com>
**Sent:** Thursday, March 2, 2023 11:38 AM
**To:** Daly, Eric <Eric.Daly@lewisbrisbois.com>
**Cc:** Quintana, Lucille <Lucille.Quintana@lewisbrisbois.com>; Alison M. Brasier <abrasier@lvattorneys.com>
**Subject:** [EXT] RE: Diana Acosta v USAA


Good morning Mr. Daly:

I apologize, I thought he sent this over before he left.  Attached is the Stipulation and Order to Dismiss this matter.  Please let us know if we can e-sign on your behalf.

Thanks,

**Mary Eagar**
**Paralegal**



2630 S. Jones Blvd. | Las Vegas, NV 89146
direct (725) 201-9129
tel (702) 628-9888 | fax (702) 960-4118

Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or